**ESTEBAN-TRINIDAD LAW, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada  89130
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Attorney for Plaintiff,
ANGELA HOLLAND

### UNITED STATES DISTRICT COURT
### DISTRICT COURT OF NEVADA

ANGELA HOLLAND, an individual;　　　　)
　　　　　　　　Plaintiff,　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　)　Case No: 2:15-cv-01054
THE STATE OF NEVADA, ex rel BOARD OF　)　**NOTICE OF DISMISSAL BY**
REGENTS OF THE NEVADA SYSTEM OF　　)　**PLAINTIFF**
HIGHER EDUCATION, on behalf of the　　　)
COLLEGE OF SOUTHERN NEVADA; DOES 1 )
through 10, inclusive; ROES Corporations and　)
entities 1 through 10, inclusive;　　　　　　　)
　　　　　　　　Defendants　　　　　　　　)
_____)

　　　Plaintiff ANGELA HOLLAND, through her attorney, and pursuant to Federal Rule of Civil Procedure (FRCP) Rule 41(a)(1)(A)(i) hereby files this notice of dismissal.  This notice of dismissal is voluntarily made by Plaintiff prior to any answer or motion for summary judgment by Defendants and made without prejudice, with Plaintiff not having previously dismissed any other federal or state court action based on or including the same claims.  FRCP 42(a)(1)(A)(i)-(B).

DATED this 15<u>th</u> day of July, 2015.

**ESTEBAN-TRINIDAD LAW, P.C.**

BY: <u>/s/ M. Lani Esteban-Trinidad</u>
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
4315 N. Rancho Drive, Ste. 110
Las Vegas, Nevada  89130
Attorney for Plaintiff
Angela Holland

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Esteban-Trinidad Law, P.C. and that on the 15th day of July, 2015, I served a true and correct copy of the foregoing **NOTICE OF DISMISSAL BY PLAINTIFF** in the following manner:

By USPS Mail – Pursuant to FRCP 5(b)(2)(C), the above referenced document is enclosed in a sealed envelope, postage fully prepaid thereon, deposited in the United States mail, addressed to:

Richard L. Hinckley, General Counsel
Diane L. Welch, Assistant General Counsel
6375 W. Charleston Blvd., #W32E
Las Vegas, Nevada 89146

Attorneys for Defendant

                /s/ Laurie Lee-Ricks
                An employee of Esteban-Trinidad Law, PC